4

30364      State v. Jim                               Affirmed